USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 1/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

UNITED STATES OF AMERICA

    - v. -

JOSE ROJANO,
    a/k/a "Jose Rojand,"

              Defendant.

------------------------------- x

[PROPOSED] ORDER

20 Cr. 00009 (AKH)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 3, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
           Jan. 10, 2020

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK