ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy
by Order of Judge Alvin K. Hellerstein

Date: 3/11/2020

RE: US v. Jose Rojano - 20 Cr. 009 (AKH)

The sentencing previously set for March 12, 2020 @ 10:00 a.m. is hereby adjourned.

You are hereby notified that you are required to appear for sentencing.

Date: 3/12/2020
Time: 4:00 p.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*
3-11-2020