USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
United States of America,                                    :
                                                             :      **SCHEDULING ORDER**
                              Plaintiff,                     :
            -against-                                        :      20 Cr. 09 (AKH)
                                                             :
Jose Rojano,                                                 :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing previously set for March 12, 2020, at 4:00pm, is hereby adjourned to March 13, 2020, at 11:00am.

SO ORDERED.

Dated:  March 12, 2020
        New York, New York

                                                    _____
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge

1