ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy          Date: 3/30/2020
by Order of Judge Alvin K. Hellerstein

US v. US v. Jose Rojano- 20 Cr. 09 (AKH)

The sentencing previously set for April 1, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for a sentencing.

Date : June 16 , 2020
Time: 11:00 am
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

So Ordered,

_____
Alvin K. Hellerstein, U.S.D.J.