UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    United States of America,      :
                                                -v.-                          :      **SCHEDULING ORDER**

    Jose Rojano.                    :
                                                            :      20 Cr. 09 (AKH)
                              Defendant.    :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        Defendant's motion seeking an earlier sentencing date (ECF No. 17) is granted. Sentencing in this case shall be held telephonically on Monday, April 13, 2020, at 2:30pm. The hearing will be held via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

To ensure that the hearing proceeds without disruption, the Court directs all those calling in—other than counsel—to mute their telephones.

        Finally, no later than Friday, April 10, 2020, at 12:00 p.m., the parties shall jointly submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record.

        The Clerk is directed to close the open motion (ECF No. 17).

        SO ORDERED.

Dated:        New York, New York
                April 7, 2020

                                                            _____/s/_____
                                                             ALVIN K. HELLERSTEIN, U.S.D.J.